No. 145. SEWELL ET AL. *v.* J. E. CROSBIE, INC., ET AL. October 12, 1942. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wallace Townsend* for petitioners.